No. 12-2020
IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| QUALITY PROPERTIES ASSET MANAGEMENT COMPANY,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>TRUMP VIRGINIA ACQUISITIONS LLC and TRUMP VINEYARD ESTATES LLC,<br><br>Defendants-Appellants. | Appeal from the United States District Court for the Western District of Virginia, Charlottesville Division<br><br>Case No. 3:11-CV-00053<br><br>District Judge Norman K. Moon |
| TRUMP VIRGINIA ACQUISITIONS LLC and TRUMP VINEYARD ESTATES LLC,<br><br>Counter-plaintiffs-Appellants,<br><br>v.<br><br>QUALITY PROPERTIES ASSET MANAGEMENT COMPANY, BANK OF AMERICA, N.A. and BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C.,<br><br>Counter-defendants-Appellees. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), the parties hereby stipulate to the dismissal of this appeal with prejudice, with each party to bear its own fees and costs.

*(signature page follows)*

| | |
|---|---|
| QUALITY PROPERTIES ASSET MANAGEMENT COMPANY and BANK OF AMERICA, N.A. | TRUMP VIRGINIA ACQUISITIONS LLC and TRUMP VINEYARD ESTATES LLC |
| By: /s/ *[signature]* <br> One of Their Attorneys | By: _____ <br> One of Their Attorneys |
| Raighne C. Delaney (VSB #38787) <br> BEAN, KINNEY & KORMAN, P.C. <br> 2300 Wilson Boulevard, Seventh Floor <br> Arlington, VA 22201 <br> (703) 525-4000 <br> rdelaney@beankinney.com | James M. Bowling IV (VSB# 14232) <br> Rhonda Quagliana (VSB# 39522) <br> ST. JOHN, BOWLING, LAWRENCE & QUAGLIANA, LLP <br> 416 Park Street <br> Charlottesville, VA 22902 <br> (434) 296-7138 <br> jmb@stlawva.com <br><br> Stephen Novack <br> John F. Shonkwiler <br> John Haarlow, Jr. <br> NOVACK AND MACEY LLP <br> 100 North Riverside Plaza <br> Chicago, IL 60606 <br> (312) 419-6900 <br> snovack@novackmacey.com |

BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C.

By: _____
One of Its Attorneys

Paul M. Black (VSB #24861)
SPILMAN THOMAS & BATTLE, PLLC
310 First Street
Suite 1100 (ZIP 24011)
Post Office Box 90
Roanoke, Virginia 24002
(540) 512-1804
pblack@spilmanlaw.com

Doc# 529576

-2-

| | |
|---|---|
| QUALITY PROPERTIES ASSET MANAGEMENT COMPANY and BANK OF AMERICA, N.A. | TRUMP VIRGINIA ACQUISITIONS LLC and TRUMP VINEYARD ESTATES LLC |

By:_____
      One of Their Attorneys

Raighne C. Delaney (VSB #38787)
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Boulevard, Seventh Floor
Arlington, VA 22201
(703) 525-4000
*rdelaney@beankinney.com*

By:_____
      One of Their Attorneys

James M. Bowling IV (VSB# 14232)
Rhonda Quagliana (VSB# 39522)
ST. JOHN, BOWLING, LAWRENCE
   & QUAGLIANA, LLP
416 Park Street
Charlottesville, VA 22902
(434) 296-7138
*jmb@stlawva.com*

Stephen Novack
John F. Shonkwiler
John Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
*snovack@novackmacey.com*

BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C.

By: /s/ *[signature]*
      One of Its Attorneys

Paul M. Black (VSB #24861)
SPILMAN THOMAS & BATTLE, PLLC
310 First Street
Suite 1100 (ZIP 24011)
Post Office Box 90
Roanoke, Virginia 24002
(540) 512-1804
*pblack@spilmanlaw.com*

Doc# 529676

| | |
|---|---|
| QUALITY PROPERTIES ASSET MANAGEMENT COMPANY and BANK OF AMERICA, N.A. | TRUMP VIRGINIA ACQUISITIONS LLC and TRUMP VINEYARD ESTATES LLC |

By:_____
    One of Their Attorneys

By: /s/ James M. Bowling IV
    One of Their Attorneys

Raighne C. Delaney (VSB #38787)
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Boulevard, Seventh Floor
Arlington, VA 22201
(703) 525-4000
*rdelaney@beankinney.com*

James M. Bowling IV (VSB# 14232)
Rhonda Quagliana (VSB# 39522)
ST. JOHN, BOWLING, LAWRENCE
  & QUAGLIANA, LLP
416 Park Street
Charlottesville, VA 22902
(434) 296-7138
*jmb@stlawva.com*

Stephen Novack
John F. Shonkwiler
John Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
*snovack@novackmacey.com*

BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C.

By:_____
    One of Its Attorneys

Paul M. Black (VSB #24861)
SPILMAN THOMAS & BATTLE, PLLC
310 First Street
Suite 1100 (ZIP 24011)
Post Office Box 90
Roanoke, Virginia 24002
(540) 512-1804
*pblack@spilmanlaw.com*

Doc# 529676

## **CERTIFICATE OF SERVICE**

James M. Bowling, an attorney, certifies that he caused the foregoing to be served by electronically filing the document with the Clerk of Court using the ECF system and by U.S. Mail, proper postage prepaid, to:

>Raighne C. Delaney (VSB #38787)
>BEAN, KINNEY & KORMAN, P.C.
>2300 Wilson Boulevard, Seventh Floor
>Arlington, VA 22201
>(703) 525-4000
>*rdelaney@beankinney.com*
>
>Paul M. Black (VSB #24861)
>SPILMAN THOMAS & BATTLE, PLLC
>310 First Street
>Suite 1100 (ZIP 24011)
>Post Office Box 90
>Roanoke, Virginia 24002
>(540) 512-1804
>*pblack@spilmanlaw.com*

on this 27th day of September 2012.

/s/ James M. Bowling